CAROLINE G. OGIER, as Administratrix of CYRUS MERRILL OGIER, Deceased, Appellant, *v.* THE ALBANY RAILWAY, Respondent.

(Argued June 24, 1897; decided October 5, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 17, 1896, which affirmed a judgment in favor of defendant, entered upon a decision of the court dismissing the complaint upon the trial.

*E. Countryman* for appellant.

*Simon W. Rosendale* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.